IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTUMESCENT TECHNOLOGIES, LLC, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 1:11-CV-441-AT |
| SPECIFIED TECHNOLOGIES, INC. | : |
| Defendant. | : |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties [Doc. 12], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

    The discovery period will commence on October 14, 2011.
    This case is assigned to an 8-month discovery track.

    Initial disclosures are due October 7, 2011.

    Additional deadlines are as listed in the table below:

| DEADLINE | LOCAL PATENT RULE | DATE |
|---|---|---|
| **Disclosure of Infringement Contentions** – by Plaintiff claiming patent infringement | 4.4(a) | November 14, 2011 |
| **Disclosure of Invalidity Contentions** – by Defendant Specified seeking patent invalidity | 4.4(a) | November 14, 2011 |
| **Disclosure of Plaintiff's Response To Defendant's Invalidity Contentions** | 4.4(b) | December 14, 2011 |
| **Disclosure of Defendant's Response To Plaintiff's Infringement Contentions** – | 4.4(b) | December 14, 2011 |
| **Exchange of Proposed Terms** | 6.1 | January 3, 2012 |
| **Exchange of Preliminary Constructions** | 6.2 | January 23, 2012 |
| **Preliminary Identification of Extrinsic Evidence** | 6.2 | January 23, 2012 |
| **Joint Claim Construction Statement** | 6.3 | February 21, 2012 |
| **Complete Claim Construction Discovery** | 6.4 | March 7, 2012 |
| **Claim Construction Briefs** | 6.5(a) | April 6, 2012 |
| **Responsive Brief and** | 6.5(b) | April 26, 2012 |

| Supporting Evidence | | |
|---|---|---|
| **Discovery after Claim Construction** | 6.7 | If the Court issues claim construction ruling with fewer than 30 days left for discovery, the parties shall have an additional 45 days for discovery after the Court files and serves its claim construction ruling. |
| **Discovery Ends** | | June 14, 2012 |
| **Disclosure of Experts and Expert Reports** – on issues on which party bears burden of proof | 7.1(b) | July 16, 2012 (first workday after July 14, 2012 30-day mark) **OR** 30 days after close of discovery after claim construction |
| **Disclosure of Experts and Expert Reports** – on issues on which opposing party bears burden of proof | 7.1(c) | August 15, 2012 **OR** 30 days after first expert disclosures following LPR 6.7 extended discovery |
| **Disclosure of Experts and Expert Reports** – rebuttal expert witnesses | 7.1(d) | August 27, 2012 (first workday after August 25, 2012 10-day mark) **OR** 10 days after second expert disclosures following LPR 6.7 extended discovery |
| **Depositions of Expert Witnesses Commence** | 7.2 | September 4, 2012 (first workday after September 3, 2012 seven-day mark) **OR** seven days after rebuttal expert disclosures following LPR 6.7 extended discovery |
| **Deposition of Expert Witnesses Complete** | 7.2 | October 4, 2012 **OR** 30 days after commencement of deposition period following LPR 6.7 extended discovery |

It is so ORDERED this 31st day of August, 2011.

*Amy Totenberg*
Amy Totenberg
United States District Judge